Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-369

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | PARADISE-colorful |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | February 15, 2018 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | |
|---|---|
| **Author:** | Mariia Taktasheva |
| **Pseudonym:** | Maria Galybina |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mariia Taktasheva |
| | Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mariia Taktasheva |
| **Email:** | maria.galybina@gmail.com |
| **Address:** | Travessa dos Inglesinhos 27-4B |
| | Lisbon 1200- 222 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 11, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-009

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

           **Title of Work:** Rainforest4

## Completion/Publication

         **Year of Completion:** 2018
     **Date of 1st Publication:** May 29, 2018
  **Nation of 1st Publication:** Portugal

## Author

                     ●       **Author:** Mariia Taktasheva
           **Pseudonym:** Maria Galybina
      **Author Created:** 2-D artwork
           **Citizen of:** Russia

## Copyright Claimant

    **Copyright Claimant:** Mariia Taktasheva
                         Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions

                **Name:** Mariia Taktasheva
               **Email:** maria.galybina@gmail.com
          **Address:** Travessa dos Inglesinhos 27-4B
                         Lisbon 1200- 222 Portugal

## Certification

                **Name:** David Denholm
                **Date:** October 11, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-027

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** Seasons-spring

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 18, 2015
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Mariia Taktasheva
  **Pseudonym:** Maria Galybina
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Mariia Taktasheva
Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions

**Name:** Mariia Taktasheva
**Email:** maria.galybina@gmail.com
**Address:** Travessa dos Inglesinhos 27-4B
Lisbon 1200- 222 Portugal

## Certification

**Name:** David Denholm
**Date:** October 11, 2024



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-466

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

**Title of Work:** ABSTRACT FLOWERS4

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 04, 2017
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Mariia Taktasheva
  **Pseudonym:** Maria Galybina
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Mariia Taktasheva
Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions

**Name:** Mariia Taktasheva
**Email:** maria.galybina@gmail.com
**Address:** Travessa dos Inglesinhos 27-4B
Lisbon 1200- 222 Portugal

## Certification

**Name:** David Denholm
**Date:** October 11, 2024

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-474

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 26, 2024

## Title
_____

**Title of Work:** BLOSSOM MEADOW3

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** February 16, 2015
**Nation of 1st Publication:** Portugal

## Author
_____

- **Author:** Mariia Taktasheva
  **Pseudonym:** Maria Galybina
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant
_____

**Copyright Claimant:** Mariia Taktasheva
Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions
_____

**Name:** Mariia Taktasheva
**Email:** maria.galybina@gmail.com
**Address:** Travessa dos Inglesinhos 27-4B
Lisbon 1200- 222 Portugal

## Certification
_____

**Name:** David Denholm
**Date:** October 11, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-665

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 27, 2024

---

## Title

**Title of Work:**  SUMMER_NIGHT-dark

## Completion/Publication

**Year of Completion:**  2018
**Date of 1st Publication:**  April 23, 2018
**Nation of 1st Publication:**  Portugal

## Author

- **Author:**  Mariia Taktasheva
  **Pseudonym:**  Maria Galybina
  **Author Created:**  2-D artwork
  **Citizen of:**  Russia

## Copyright Claimant

**Copyright Claimant:**  Mariia Taktasheva
Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions

**Name:**  Mariia Taktasheva
**Email:**  maria.galybina@gmail.com
**Address:**  Travessa dos Inglesinhos 27-4B
Lisbon 1200- 222 Portugal

## Certification

**Name:**  David Denholm
**Date:**  October 11, 2024

Page 1 of 2

