**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARIIA TAKTASHEVA, | |
| Plaintiff, | Case No.: 1:25-cv-05231 |
| v. | Judge Joan H. Lefkow |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 3 | DuDubaby Summer Sale Up to 50% off |
| 4 | Cromoncent |
| 9 | &moon& |
| 11 | NOKIO |
| 12 | fanLI |
| 14 | Jgjgb |
| 15 | NINIANFYUE |
| 16 | Waysleap |
| 18 | 9KDKWL |
| 19 | LIE9 |
| 20 | EnJoCho |
| 21 | KSFIUFI |
| 22 | MIOKO |
| 23 | 69lgmtop |
| 24 | mqacirip |
| 25 | RSKK. |
| 26 | Jshuang |
| 41 | OTVEE |
| 59 | MaNon |
| 82 | PNYOIN |

| 118 | Fopica Laundry Bag |
|---|---|

DATED: August 12, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 12, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                           */s/ Keith A. Vogt*
                                           Keith A. Vogt