# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Mariia Taktasheva

                                                 Plaintiff,

v.                                                         Case No.: 1:25−cv−05231

                                                          Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2025:

    MINUTE entry before the Honorable Andrea R. Wood: The Court acknowledges the joint notice of settlement [47]. In light of the notice, Defendant SKAYS LEGEND's motion to vacate default judgment [45] is terminated without prejudice to renewal if the settlement is not consummated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.